UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x
DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR

Plaintiff(s),

Civil Action No. ___

-against-

MSL PRODUCTIONS, LLC, MSL SPORTS
AND ENTERTAINMENT, LLC
and JACK RUSSELL GROUP,

Defendant(s).
- - - - - - - - - - - - - - - - - - - - - -x

COMPLAINT

**08 CIV. 6574**

**JUDGE DANIELS**



Plaintiff by its attorney, DAVID COHEN, complaining of the dependents respectfully alleges:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction under the provisions of 28 U.S.C. Section 1332; in that the plaintiff DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR, is a CORPORATION organized under and domiciled in the State of New Jersey with its offices located at 701 Cottontail Lane, Somerset, New Jersey 08875;

2. Upon information and belief, defendant MSL PRODUCTIONS, LLC, (hereinafter "MSL PRODUCTIONS") is a limited liability company organized under the laws of the State of New York with a place of business in the city and state of New York.

3. Upon information and belief, defendant MSL SPORTS AND ENTERTAINMENT, LLC ("MSL SPORTS") is a limited liability company organized under the laws of the State of New York with a place of business in the city and state of New York

4. Upon information and belief, defendant JACK RUSSELL GROUP is a business entity with a principal place of business in the city and state of New York.

thousand dollars, exclusive of interest and costs.

6. Venue is proper in the Southern District of New York in that all defendants are located in the District.

### FIRST CAUSE OF ACTION

7. At all times hereinafter mentioned, plaintiff was and still is a domestic and international freight forwarding organization engaged in the expedited transportation of shipments throughout the United States and worldwide.

8. On, about and between January 12, 2007 and October 15, 2007 Plaintiff performed numerous transportation shipments at the specific request of MSL PRODUCTIONS for the agreed and total amount of outstanding billing of $ 218,077.14

9. Defendant MSL PRODUCTIONS owes plaintiff the sum of $218,077.14, according to the account hereto annexed as Exhibit 'A'.

### SECOND CAUSE OF ACTION

10. Plaintiff repeats and reiterates each and every allegation set forth in paragraphs 1 through 9 as though fully set forth herein.

11. On or about October 1, 2007 Plaintiff was advised by MSL SPORTS that MSL PRODUCTIONS or its business had been transferred to or acquired by JACK RUSSELL GROUP, that MSL PRODUCTIONS had insufficient funds at that time, and that the outstanding billing should be rebilled to MSL SPORTS as consulting services.

12. Subsequently, on or about December 17, 2007, MSL SPORTS reiterated its agreement to work out the payment of the outstanding amounts

13. No portion of the outstanding amount has been paid by any of the

5. The amount in controversy exceeds the sum or value of seventy-five

defendants to plaintiff.

14. By reason of the foregoing, MSL SPORTS is liable for the payment of the outstanding amount of $ 218,077.14 to the Plaintiff.

**THIRD CAUSE OF ACTION**

15. Plaintiff repeats and reiterates each and every allegation set forth in paragraphs 1 through 14 as though fully set forth herein.

16. Upon information and belief the conveyance of assets to JACK RUSSELL GROUP rendered MSL PRODUCTIONS insolvent and is a fraudulent conveyance.

17. Pursuant to the provisions of the New York Debtor and Creditor Law Plaintiff may have such conveyance set aside, disregard the conveyance, or levy upon the transferred property.

18. Based upon the foregoing, JACK RUSSELL GROUP is liable to Plaintiff for payment of the outstanding amount of $ 218,077.14

WHEREFORE, plaintiff demands judgment against defendants MSL PRODUCTIONS, LLC, MSL SPORTS AND ENTERTAINMENT, LLC and JACK RUSSELL GROUP in the sum of $ 218,077.14 with interest, plus the costs and disbursements of this action and such other relief as this Court may deem appropriate.

Dated: New York, New York
July 18, 2008

_____
DAVID COHEN ESQ. (DC-2331)
Attorney for Plaintiff
DBA DISTRIBUTION SERVICES, INC.
d/b/a DISTRIBUTION BY AIR.
19 East Shore Drive PO Box 299
Niverville, New York 12130
(518) 784-5358

Date: 06/20/08
Time: 15:26:57                    Customer Aging Detail By Name                    Page: 1
Age by: Inv Date                  DISTRIBUTION BY AIR
                                  Aging Date: 06/20/08

EWR6548 -- MSL PRODUCTIONS   CONT: BRUCE  EXT 241  SLS: HAREWR
                                                                Phone

| Invoice | Inv Date | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|
| 147941B* | 01/12/07 | | | | 848.49 |
| 1465474 | 01/13/07 | | | | 2,620.93 |
| 1465475 | 01/13/07 | | | | 2,576.39 |
| 1495568 | 01/19/07 | | | | 2,951.13 |
| 1495569 | 01/19/07 | | | | 1,890.30 |
| 1453205 | 01/22/07 | | | | 393.37 |
| 1465473 | 01/23/07 | | | | 718.54 |
| 1495371 | 01/23/07 | | | | 760.66 |
| 1495402 | 01/27/07 | | | | 2,349.48 |
| 1495433 | 01/31/07 | | | | 197.50 |
| 1495420 | 01/31/07 | | | | 100.00 |
| 1453251 | 02/02/07 | | | | 305.24 |
| 1495454 | 02/05/07 | | | | 4,256.75 |
| 1495468 | 02/05/07 | | | | 438.03 |
| 1491451 | 02/06/07 | | | | 450.00 |
| 1464827 | 02/07/07 | | | | 225.00 |
| 1495488 | 02/07/07 | | | | 1,800.00 |
| 1464826 | 02/08/07 | | | | 225.70 |
| 1433337 | 02/08/07 | | | | 525.00 |
| 1495652 | 02/12/07 | | | | 207.50 |
| 1495653 | 02/12/07 | | | | 207.50 |
| 1495657 | 02/12/07 | | | | 245.00 |
| 1495654 | 02/12/07 | | | | 245.00 |
| 1437974 | 02/13/07 | | | | 2,560.69 |
| 1479493 | 02/13/07 | | | | 3,325.00 |
| 1495666 | 02/14/07 | | | | 1,624.05 |
| 144864 | 02/14/07 | | | | 87.75 |
| 144631 | 02/14/07 | | | | 245.00 |
| 1479490 | 02/14/07 | | | | 1,550.00 |
| 1447250 | 02/15/07 | | | | 175.22 |
| 1495678 | 02/15/07 | | | | 137.75 |
| 1479456 | 02/16/07 | | | | 545.69 |
| 1479460 | 02/16/07 | | | | 5,700.00 |
| 1495691 | 02/17/07 | | | | 2,745.74 |
| 1495700 | 02/20/07 | | | | 296.24 |
| 1495711 | 02/22/07 | | | | 616.07 |
| 1447252 | 02/23/07 | | | | 290.22 |
| 1457240 | 02/23/07 | | | | 178.70 |
| 1479471 | 02/23/07 | | | | 5,825.00 |
| 1495732 | 02/26/07 | | | | 375.35 |
| 2975825 | 02/27/07 | | | | 156.14 |
| 1495751 | 02/28/07 | | | | 2,150.00 |
| 1495751A | 02/28/07 | | | | 957.73 |
| 146313 | 03/01/07 | | | | 306.51 |
| 105250A | 03/02/07 | | | | 2,877.02 |
| 1479480 | 03/02/07 | | | | 684.45 |
| 1479481 | 03/02/07 | | | | 786.20 |
| 1479482 | 03/02/07 | | | | 227.60 |
| 1495960 | 03/03/07 | | | | 425.00 |

Date: 06/20/08
Time: 12:26:57
Age by: Inv Date

Customer Aging Detail By Name
DISTRIBUTION BY AIR
Aging Date: 06/20/08

| Invoice | Inv Date | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|
| 146682 | 03/08/07 | | | | 313.88 |
| 1495961 | 03/09/07 | | | | 1,100.00 |
| 147284 | 03/09/07 | | | | 178.39 |
| 1495885 | 03/10/07 | | | | 2,937.71 |
| 147410 | 03/12/07 | | | | 570.88 |
| 1495968 | 03/13/07 | | | | 1,700.00 |
| 1495971 | 03/15/07 | | | | 1,375.00 |
| 1493965 | 03/15/07 | | | | 275.00 |
| 146483 | 03/16/07 | | | | 2,349.75 |
| 1493909 | 03/19/07 | | | | 267.83 |
| 1493932 | 03/21/07 | | | | 146.25 |
| 1493933 | 03/21/07 | | | | 146.25 |
| 1495975 | 03/21/07 | | | | 4,775.00 |
| 1434380 | 03/23/07 | | | | 498.26 |
| 1493964 | 03/24/07 | | | | 492.75 |
| 1493987 | 03/27/07 | | | | 17.55 |
| 1494109 | 03/29/07 | | | | 1,850.00 |
| 1494109A | 03/29/07 | | | | 1,024.82 |
| 1494113 | 03/30/07 | | | | 4,150.00 |
| 149614 | 03/30/07 | | | | 556.82 |
| 1494030 | 03/30/07 | | | | 1,765.89 |
| 1494116 | 04/02/07 | | | | 1,700.00 |
| 1494119 | 04/02/07 | | | | 1,150.00 |
| 149944 | 04/04/07 | | | | 844.88 |
| 1494139 | 04/06/07 | | | | 3,976.13 |
| 1494164 | 04/10/07 | | | | 1,550.00 |
| 150798 | 04/11/07 | | | | 434.27 |
| 150848 | 04/11/07 | | | | 243.91 |
| 150900 | 04/15/07 | | | | 2,025.00 |
| 1494296 | 04/16/07 | | | | 146.80 |
| 1494214 | 04/19/07 | | | | 2,850.00 |
| 1494236 | 04/23/07 | | | | 2,100.00 |
| 1494246 | 04/25/07 | | | | 1,675.00 |
| 158772 | 04/27/07 | | | | 297.50 |
| 1495536 | 04/27/07 | | | | 1,486.45 |
| 1495538 | 05/01/07 | | | | 450.10 |
| 1515081 | 05/05/07 | | | | 975.00 |
| 1494555 | 05/05/07 | | | | 2,859.95 |
| 1494553 | 05/07/07 | | | | 1,540.22 |
| 1494592 | 05/10/07 | | | | 261.56 |
| 153944 | 05/10/07 | | | | 2,925.00 |
| 1494593 | 05/11/07 | | | | 544.91 |
| 153944A | 05/13/07 | | | | 2,925.00 |
| 1515145 | 05/14/07 | | | | 410.12 |
| 1515158 | 05/15/07 | | | | 164.32 |
| 149947 | 05/15/07 | | | | 275.00 |
| 1515184 | 05/19/07 | | | | 2,841.33 |
| 153944B | 05/19/07 | | | | 2,925.00 |
| 1515246 | 05/21/07 | | | | 1,350.00 |
| 1507524 | 05/21/07 | | | | 177.01 |
| 1515197 | 05/22/07 | | | | 204.68 |

Date: 06/20/08
Time: 12:26:57
Age by: Inv Date

Customer Aging Detail By Name
DISTRIBUTION BY AIR
Aging Date: 06/20/08

| Invoice | Inv Date | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|
| 155472 | 05/22/07 | | | | 1,850.00 |
| 155571 | 05/23/07 | | | | 855.86 |
| 155556 | 05/23/07 | | | | 4,075.00 |
| 155431 | 05/24/07 | | | | 1,375.00 |
| 153944C | 05/26/07 | | | | 2,925.00 |
| 1494066 | 05/26/07 | | | | 2,870.11 |
| 1494064 | 05/26/07 | | | | 2,011.88 |
| 1494067 | 05/26/07 | | | | 804.69 |
| 1494065 | 05/26/07 | | | | 467.82 |
| 1515372 | 06/04/07 | | | | 2,579.21 |
| 1515253 | 06/05/07 | | | | 595.00 |
| 1515382 | 06/05/07 | | | | 2,908.64 |
| 1515253A | 06/06/07 | | | | 595.00 |
| 157343 | 06/11/07 | | | | 659.00 |
| 158031 | 06/15/07 | | | | 376.68 |
| 156933 | 06/18/07 | | | | 2,959.72 |
| 158850 | 06/22/07 | | | | 363.80 |
| 159551 | 07/01/07 | | | | 1,000.00 |
| 159447 | 07/02/07 | | | | 180.28 |
| 159926 | 07/05/07 | | | | 245.00 |
| 1293288 | 07/05/07 | | | | 150.00 |
| 160041 | 07/10/07 | | | | 5,770.00 |
| 160599 | 07/12/07 | | | | 342.69 |
| 160968 | 07/16/07 | | | | 783.84 |
| 160968A | 07/16/07 | | | | 90.00 |
| 161185 | 07/17/07 | | | | 986.44 |
| 161378 | 07/19/07 | | | | 164.00 |
| 1491496 | 07/20/07 | | | | 189.00 |
| 1465354 | 07/22/07 | | | | 1,185.00 |
| 161379 | 07/25/07 | | | | 372.48 |
| 115319 | 07/27/07 | | | | 149.76 |
| 1515599 | 07/28/07 | | | | 2,846.10 |
| 162763 | 08/02/07 | | | | 230.00 |
| 163486 | 08/15/07 | | | | 1,800.00 |
| 164292 | 08/16/07 | | | | 1,950.00 |
| 1507544 | 08/16/07 | | | | 244.00 |
| 164428 | 08/16/07 | | | | 149.76 |
| 165028 | 08/22/07 | | | | 542.50 |
| 164838A | 08/22/07 | | | | 542.50 |
| 165036 | 08/22/07 | | | | 450.00 |
| 165032 | 08/22/07 | | | | 650.00 |
| 165127 | 08/22/07 | | | | 367.50 |
| 165127A | 08/22/07 | | | | 367.50 |
| 1530479 | 08/22/07 | | | | 448.50 |
| 165392 | 08/23/07 | | | | 175.00 |
| 165219 | 08/23/07 | | | | 475.00 |
| 165242 | 08/23/07 | | | | 525.00 |
| 148758 | 08/23/07 | | | | 406.80 |
| 162812 | 08/24/07 | | | | 1,999.80 |
| 165319 | 08/24/07 | | | | 485.52 |
| 1530610 | 08/28/07 | | | | 3,525.00 |

| Invoice | Inv Date | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|
| 1530610A | 09/04/07 | | | | 3,750.00 |
| 1507550 | 09/06/07 | | | | 553.64 |
| 166804 | 09/10/07 | | | | 1,275.00 |
| 167887 | 09/12/07 | | | | 547.23 |
| 1507558 | 09/13/07 | | | | 850.00 |
| 168055 | 09/14/07 | | | | 2,345.46 |
| 1475010 | 09/30/07 | | | | 9.00 |
| 1535507 | 09/30/07 | | | | 826.00 |
| 1508700 | 11/01/07 | | | | 9.00 |
| 1508691 | 11/30/07 | | | | 9.00 |
| 1509170 | 01/31/08 | | | | 9.00 |
| 1485781 | 03/01/08 | | | | 6.00 |
| 1486187 | 04/01/08 | | | 9.00 | |
| Total | 195,477.51 | .00 | .00 | 9.00 | 195,468.51 |

EWR75218 - MSL PRODUCTIONS / JACK RUSSELL CONT: SLS: HAREWR
Phone

| Invoice | Inv Date | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|
| 169486Z | 10/01/07 | | | | 2,675.95 |
| 1530796Z | 10/04/07 | | | | 2,167.50 |
| 170811Z | 10/04/07 | | | | 588.69 |
| 1530924Z | 10/06/07 | | | | 2,507.58 |
| 1530923Z | 10/06/07 | | | | 4,173.58 |
| 169487Z | 10/08/07 | | | | 2,948.09 |
| 172889Z | 10/13/07 | | | | 3,379.50 |
| 172895Z | 10/15/07 | | | | 4,167.74 |
| Total | 22,608.63 | .00 | .00 | .00 | 22,608.63 |

Aging Totals:

| Total | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|
| 218,086.14 | .00 | .00 | 9.00 | 218,077.14 |

Case 1:08-cv-06574-GBD Document 1 Filed 07/24/2008 Page 8 of 8
Sent By: home; 518 784-5358; Jul-26-08 3:15PM; Page 8/8