RECEIVED
JUL 24 2008
USDC-WP-SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

**DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR**

Plaintiff(s),

-against-

**MSL PRODUCTIONS, LLC, MSL SPORTS AND ENTERTAINMENT, LLC and JACK RUSSELL GROUP.**

Defendant(s).
-----------------------------------x

**RULE 7.1 CERTIFICATION**

Civil Action No. 08 CIV. 6574

JUDGE DANIELS

**CERTIFCATION OF PLAINTIFF UNDER LOCAL RULE 7.1**

Plaintiff, **DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR**. by and through its Counsel, David Cohen, Esq. makes the following Rule 7.1 disclosure statement:

1. Plaintiff, **DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR**.. is a non-governmental privately held corporation;

2. There is no publicly held corporation that owns 10% or more of Defendant, **DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR.** stock.

Dated: New York, New York
July 23, 2008

by: David Cohen (DC-2331)
Attorney for Plaintiff,
**DBA DISTRIBUTION SERVICES, INC. d/b/a DISTRIBUTION BY AIR**
19 East Shore Drive PO Box 299
Niverville, New York 12130
(518) 784-5358

N:\MYFiles.Park\Litigation\DBA\DBA.7.1disc.072308.wpd