Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant Jack Russell Group
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR,                              08-CIV-6574 (GBD) (AJP)

             Plaintiff,                  NOTICE OF APPEARANCE

      -against-

MSL PRODUCTIONS, LLC, MSL SPORTS
AND ENTERTAINMENT, LLC, and
JACK RUSSELL GROUP,

             Defendants.
-----------------------------------------------------------x

    PLEASE TAKE NOTICE that the defendant Jack Russell Group hereby appears in this action by its attorneys Robinson Brog Leinwand Greene Genovese & Gluck P.C., and demands that copies of all pleadings, notices, and other papers served or filed herein be served upon such attorneys.

Dated: New York, New York
       August 21, 2008

                                         ROBINSON BROG LEINWAND GREENE
                                          GENOVESE & GLUCK P.C.

                                          by: /s/ Philip T. Simpson
                                          Philip T. Simpson (PS9707)
                                          Attorneys for Defendant Jack Russell Group
                                          1345 Avenue of the Americas
                                          New York, New York 10105
                                          212.603.6300

{00400667.DOC;1}

TO:   DAVID COHEN, ESQ.
      Attorney for Plaintiff
      19 East Shore Drive, PO Box 299
      Niverville, New York 12130
      518.784.5358

{00400667.DOC;1}