UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR,

                Plaintiff,

    -against-

MSL PRODUCTIONS, LLC, MSL SPORTS
AND ENTERTAINMENT, LLC, and
JACK RUSSELL GROUP,

                Defendants.
------------------------------------------------------------X

08-CIV-6574 (GBD) (AJP)

STIPULATION EXTENDING
TIME TO ANSWER OR
RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between the plaintiff and the defendant Jack Russell Group by their respective attorneys that the time within which defendant Jack Russell Group may answer or otherwise respond to the Complaint in this action is extended to the 15th day of October, 2008. It is further agreed that this Stipulation may be executed in counterparts and by facsimile.

Dated: New York, New York
         August 19, 2008

*[signature]*
DAVID COHEN, ESQ. (DC2331)
Attorney for Plaintiff
19 East Shore Drive, PO Box 299
Niverville, New York 12130
518.784.5358

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

by: *[signature]*
Philip P. Simpson (PS9707)
Attorneys for Defendant Jack Russell Group
1345 Avenue of the Americas
New York, New York 10105
212.603.6300

So Ordered this 21 day of August, 2008:

AUG 2 2 2008

*[signature]*
HON. GEORGE B. DANIELS