AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR

V.

MSL PRODUCTIONS, LLC, MSL SPORTS AND
ENTERTAINMENT, LLC, and JACK RUSSELL G

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 6574

JUDGE DANIELS

TO: (Name and address of Defendant)

MSL SPORTS AND ENTERTAINMENT, LLC
24-32 UNION SQUARE EAST
NEW YORK, NEW YORK 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID COHEN, ESQ.
19 EAST SHORE DRIVE
P.O. BOX 299
NIVERVILLE, NEW YORK 12130

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 2 4 2008

CLERK                                        DATE



(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/5/08 |
| NAME OF SERVER (PRINT)  HECTOR FIGUEROA | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  SEE ANNEXED AFFIDAVIT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR,

        Plaintiff(s),   Index No. 08CV6574

  -against-   AFFIDAVIT OF SERVICE

MSL PRODUCTIONS, LLC, et al.,

        Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK  )
          S.S.
COUNTY OF NEW YORK  )

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 5th day of August, 2008, at approximately 12:40 p.m., deponent served a true copy of the Summons, Complaint, Electronic Filing Rules upon MSL Sports and Entertainment, LLC at 32 Union Square East, New York, NY, by personally delivering and leaving the same with Amy Brown, Administration, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Amy Brown is a white female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 110 pounds with brown hair and light eyes.

_/s/ Hector Figueroa_
HECTOR FIGUEROA #870141

Sworn to before me this
7th day of August, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com