AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR

V.

MSL PRODUCTIONS, LLC, MSL SPORTS AND
ENTERTAINMENT, LLC and JACK RUSSELL GR

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER **08 CIV. 6574**

JUDGE DANIELS

TO: (Name and address of Defendant)

JACK RUSSELL GROUP
43 WEST 24TH STREET 9TH FLOOR
NEW YORK, NEW YORK 10010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID COHEN ESQ.
19 EAST SHORE DRIVE
PO BOX 299
NIVERVILLE, NEW YORK 12130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

7/24/08

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/14/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DARRYL A. GREEN | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   SEE ANNEXED AFFIDAVIT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 150.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DBA DISTRIBUTION SERVICES, INC. d/b/a
DISTRIBUTION BY AIR

Case No.08 CIV. 6574

V.

AFFIDAVIT OF SERVICE

MSL PRODUCTIONS, LLC, MSL SPORTS AND
ENTERTAINTMENT, LLC and JACK RUSSELL GR

------------------------------------------------------------X

STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

That on the 14th day of August, 2008, at approximately 3:11pm, deponent served a true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon JACK RUSSELL GROUP, c/o Stephen Fazio, Director of Purchasing at 43 West 24th Street, 9th Floor, New York, NY by personally delivering and leaving the same with JOHN WAX, who informed deponent that he is authorized to receive service at that address.

John Wax is a white male, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with bald hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
18th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com